FILED
CLERK, U.S. DISTRICT COURT
February 20, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CSI___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVSIION

**TIMOTHY BOOTEN,**

   Petitioner,

 v.

**R.J. RACKLEY,**

   Respondent.

NO. LA CV 17-05261-VBF (KS)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all records herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report and orders that the petition for a writ of habeas corpus be **DISMISSED** without prejudice and that this action **BE TERMINATED** and closed (JS-6).

Dated: February 20, 2019

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE