FILED
CLERK, U.S. DISTRICT COURT
February 20, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CSI___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **TIMOTHY BOOTEN,** | ) NO. LA CV 17-5261-VBF (KS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| **R.J. RACKLEY,** | ) |
| Respondent. | ) |

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: February 20, 2019

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1